1   **PERKINS COIE** LLP
    BOBBIE J. WILSON (State Bar No. 148317)
2   bwilson@perkinscoie.com
    JACQUELINE YOUNG (State Bar No. 280374)
3   jyoung@perkinscoie.com
    PERKINS COIE LLP
4   Four Embarcadero Center, Suite 2400
    San Francisco, CA  94111-4131
5   Telephone:  415.344.7000
    Facsimile:  415.344.7050
6
    BRIAN P. HENNESSY (State Bar No. 226721)
7   bhennessy@perkinscoie.com
    J. PATRICK CORRIGAN (State Bar No. 240859)
8   pcorrigan@perkinscoie.com
    3150 Porter Drive
9   Palo Alto, CA  94304-4300
    Telephone:  650.838.4300
10  Facsimile:  650.838.4350

11  Attorneys for Defendant
    NEST LABS, INC.
12
    **BURSOR & FISHER** P.A.
13  SCOTT A. BURSOR (State Bar No. 276006)
    scott@bursor.com
14  L. TIMOTHY FISHER (State Bar No. 191626)
    ltfisher@bursor.com
15  ANNICK M. PERSINGER (State Bar No. 272996)
    apersinger@bursor.com
16  YEREMEY KRIVOSHEY (State Bar No. 295032)
    ykrivoshey@bursor.com
17  1990 North California Boulevard, Suite 940
    Walnut Creek, CA  94596
18  Telephone:  925.300.4455
    Facsimile:  925.407.2700
19
    Attorneys for Plaintiff
20  JUSTIN DARISSE

21                  UNITED STATES DISTRICT COURT

22                  NORTHERN DISTRICT OF CALIFORNIA

23  JUSTIN DARISSE, individually and on          Case No. 5:14-cv-01363-BLF
    behalf of all others similarly situated,
24                                               **STIPULATION OF EXTENSION OF
                        Plaintiff,               TIME TO RESPOND TO COMPLAINT
25                                               PURSUANT TO CIVIL LOCAL
            v.                                   RULE 6-1**
26
    NEST LABS, INC.,
27
                        Defendant.
28

---

1    The parties, by and through their counsel of record, hereby stipulation as follows:

2         1.      WHEREAS, Plaintiff filed this action ("Complaint") on March 25, 2014 [Dkt.

3    No. 1];

4         2.      WHEREAS, Plaintiff served the Complaint on Defendant Nest Labs, Inc. on

5    March 31, 2014 [Dkt. No. 10];

6         3.      WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i),

7    Defendant's answer or other responsive pleading is currently due on April 21, 2014;

8         4.      WHEREAS, the parties have agreed to a forty-five (45) day extension;

9         IT IS HEREBY STIPULATED that the time for Defendant Nest Labs, Inc. to answer or

10   otherwise respond to the Complaint is extended to June 5, 2014.

11        **IT IS SO STIPULATED AND AGREED.**

12   DATED:  April 21, 2014                **PERKINS COIE LLP**

13

14                                         By:   _/s/ J. Patrick Corrigan_____
                                                 J. PATRICK CORRIGAN

15                                         Attorneys for Defendant
16                                         NEST LABS, INC.

17   DATED:  April 21, 2014                **BURSOR & FISHER, P.A.**

18

19                                         By:   _/s/ Annick M. Persinger_____
                                                 ANNICK M. PERSINGER

20                                         Attorneys for Plaintiff
                                           JUSTIN DARISSE

21

22

23

24

25

26

27

28

1

**Civil Local Rule 5-1(i)(3) Attestation**

2        I, J. Patrick Corrigan, hereby attest, pursuant to N.D. Cal. Civil Local Rule 5-1(i)(3), that

3    the concurrence to the filing of this document has been obtained from each signatory hereto.

4

5    DATED:  April 21, 2014                                **PERKINS COIE LLP**

6

7                                                          By:   */s/ J. Patrick Corrigan*
                                                                   J. PATRICK CORRIGAN

8                                                          Attorneys for Defendant
                                                           NEST LABS, INC.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT
CASE NO. 5:14-cv-01363-BLF