**PERKINS COIE LLP**
BOBBIE J. WILSON (No. 148317)
bwilson@perkinscoie.com
Four Embarcadero Center, Suite 2400
San Francisco, CA  94111-4131
Telephone:  (415) 344-7000
Facsimile:   (415) 344-7050

**PERKINS COIE LLP**
BRIAN P. HENNESSY (No. 226721)
bhennessy@perkinscoie.com
J. PATRICK CORRIGAN (No. 240859)
pcorrigan@perkinscoie.com
3150 Porter Drive
Palo Alto, CA  94304-4300
Telephone:  650.838.4300
Facsimile:  650.838.4350

Attorneys for Defendant
NEST LABS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE NEST LABS LITIGATION | Case No. 5:14-cv-01363-BLF<br><br>**DEFENDANT NEST LABS, INC.'S ANSWER TO PLAINTIFF'S CORRECTED CONSOLIDATED CLASS ACTION COMPLAINT** |
|---|---|

Defendants Nest Labs, Inc., for its Answer to Plaintiff's Corrected Consolidated Class Action Complaint (the "Consolidated Complaint"), states as follows:[1]

1. Nest admits that its wireless thermostat products may be controlled remotely from smartphones and tablets. Nest admits that it launched a thermostat product in 2011. Nest admits that Mr. Rogers and Mr. Fadell founded Nest Labs, Inc. To the extent Paragraph 1 cites or quotes language from the website available at https://nest.com/, Nest admits that this quoted language has appeared on the website but avers that the quoted language speaks for itself. Nest disputes Plaintiff's characterizations of the quoted language, and that any of the quoted language provides a basis for any actionable claim against Nest. Nest denies the remaining allegations in Paragraph 1 of the Consolidated Complaint.

2. Nest denies the allegations in Paragraph 2 of the Consolidated Complaint.

3. To the extent Paragraph 3 quotes language from the website available at https://nest.com/, Nest admits that this quoted language has appeared on the website but avers that the quoted language speaks for itself. Nest disputes Plaintiff's characterizations of the quoted language, and that any of the quoted language provides a basis for any actionable claim against Nest. Nest denies the remaining allegations in Paragraph 3 of the Consolidated Complaint.

4. Nest denies the allegations in Paragraph 4 of the Consolidated Complaint.

5. Nest lacks information or belief sufficient to answer the allegations in Paragraph 5 of the Consolidated Complaint and on that basis denies them.

6. The allegations in Paragraph 6 of the Consolidated Complaint are legal conclusions to which no response is required. To the extent the remaining allegations in Paragraph 6 of the Consolidated Complaint require a response, Nest denies them.

7. Nest admits that it is headquartered in California. The remaining allegations in Paragraph 7 of the Consolidated Complaint are legal conclusions to which no response is required. To the extent the remaining allegations in Paragraph 7 of the Consolidated Complaint require a response, Nest denies them.

---

[1] The headings in the Complaint do not contain allegations to which a response is required. To the extent that any of the headings in the Complaint do contain such allegations, Nest denies them.

8. The allegations in Paragraph 8 of the Consolidated Complaint are legal conclusions to which no response is required. To the extent the remaining allegations in Paragraph 8 of the Consolidated Complaint require a response, Nest denies them.

9. Nest lacks information or belief sufficient to answer the allegations in Paragraph 9 of the Consolidated Complaint and on that basis denies them.

10. Nest lacks information or belief sufficient to answer the allegations in Paragraph 10 of the Consolidated Complaint and on that basis denies them.

11. Nest admits the allegations in Paragraph 11 of the Consolidated Complaint.

12. Nest admits that it sells thermostat products and that its thermostat products are available nationwide and in California. Nest denies the remaining allegations in Paragraph 12 of the Consolidated Complaint.

13. Nest admits that its products have been sold by or through Amazon, eBay, Best Buy, Apple, Lowes, and Home Depot. Nest lacks information or belief sufficient to answer the remaining allegations in Paragraph 13 of the Consolidated Complaint and on that basis denies them.

14. Nest admits that its thermostat products have been sold at a retail price of $249. Nest denies the remaining allegations in Paragraph 14 of the Consolidated Complaint.

15. Nest admits that it began to offer thermostat products for sale in 2011. Nest denies the remaining allegations in Paragraph 15 of the Consolidated Complaint.

16. Nest admits that its thermostat products are electronic, and that users may program the products and interact with them using the internet. Nest denies the remaining allegations in Paragraph 16 of the Consolidated Complaint.

17. Nest admits that its thermostat products employ an interactive operating system, which users can control either by physically interacting with the products' hardware or by interacting with the products remotely, using product specific applications designed for smartphones, tablets, and other devices connected to the internet. Nest denies the remaining allegations of Paragraph 17 of the Consolidated Complaint.

18.     Nest admits that its thermostat products employ a proprietary technology called "Nest Sense," which is comprised of an exclusive combination of sensors and algorithms designed to help Nest's thermostat products sense when a user is at home or away. Nest admits that, among other features, its thermostat products contain three temperature sensors, a humidity sensor, and activity sensors with a 150 degree wide-angle view, and that the products are capable of gathering information on current weather conditions and forecasts using wireless internet connectivity. Nest denies the remaining allegations of Paragraph 18 of the Consolidated Complaint.

19.     Nest admits that Nest Sense includes a unique Auto-Schedule feature to create temperature schedules from the changes that users make to the thermostat. Nest denies the remaining allegations of Paragraph 19 of the Consolidated Complaint.

20.     Nest admits that it has offered two generations of its thermostat products to date, the second of which was offered for sale beginning in October 2012. Nest admits that, among other features, the second generation of Nest's thermostat products improved upon the first generation by incorporating new hardware and software, as well as increased compatibility and applications. Nest denies the remaining allegations of Paragraph 20 of the Consolidated Complaint.

21.     Nest admits that it sells thermostat products and that its thermostat products are available nationwide and online. Nest denies the remaining allegations in Paragraph 21 of the Consolidated Complaint.

22.     Nest admits that the phrase "saves energy" has appeared on its website available at https://nest.com/. The quoted language speaks for itself. Nest disputes Plaintiff's characterizations of the quoted language, and that any of the quoted language provides a basis for any actionable claim against Nest. Nest denies the remaining allegations in Paragraph 22 of the Consolidated Complaint.

23.     Nest admits that the quoted phrases "sensors are designed to be highly accurate and react to changes in the ambient temperature more readily than most thermostats" and "[t]here temperature sensors track your home's temperature and how quickly it changes" have appeared

1  on its website available at https://nest.com/.  The quoted language speaks for itself.  Nest disputes
2  Plaintiff's characterizations of the quoted language, and that any of the quoted language provides
3  a basis for any actionable claim against Nest.  Nest denies that the remaining language quoted has
4  appeared as quoted on Nest's website or that Nest has made such a representation as quoted.  Nest
5  denies the remaining allegations in Paragraph 23 of the Consolidated Complaint.

6  24.  Nest admits that the language quoted in Paragraph 24 has appeared on its website
7  available at https://nest.com/.  The quoted language speaks for itself.  Nest disputes Plaintiff's
8  characterizations of the quoted language, and that any of the quoted language provides a basis for
9  any actionable claim against Nest.  Nest denies the remaining allegations in Paragraph 24 of the
10  Consolidated Complaint.

11  25.  Nest admits that the language quoted in Paragraph 25 has appeared on its website
12  available at https://nest.com/.  The quoted language speaks for itself.  Nest disputes Plaintiff's
13  characterizations of the quoted language, and that any of the quoted language provides a basis for
14  any actionable claim against Nest.  Nest denies the remaining allegations in Paragraph 25 of the
15  Consolidated Complaint.

16  26.  Nest admits that the phrase "Take a Tour with Nest" has appeared on its website
17  and that the phrase "We didn't think thermostats mattered either" has appeared on a YouTube
18  video made available at Nest's website at https://nest.com/.  The quoted language and the video
19  speak for themselves.  Nest disputes Plaintiff's characterizations of the quoted language and
20  video, and that any of the quoted language or the video provide a basis for any actionable claim
21  against Nest.  Nest denies the remaining allegations in Paragraph 26 of the Consolidated
22  Complaint.

23  27.  Nest admits that the phrase "they control half your energy bill" has appeared on a
24  YouTube video made available at Nest's website at https://nest.com/.  The video speaks for itself.
25  Nest disputes Plaintiff's characterizations of the video, and that the video provides a basis for any
26  actionable claim against Nest.  Nest denies the remaining allegations in Paragraph 27 of the
27  Consolidated Complaint.

28

28. Nest admits that a YouTube video has been made available at Nest's website at https://nest.com/. The video speaks for itself. Nest disputes Plaintiff's characterizations of the video, and that the video provides a basis for any actionable claim against Nest. Nest denies the remaining allegations in Paragraph 28 of the Consolidated Complaint.

29. Nest admits that the phrase "won't waste energy when you're out" has appeared on a YouTube video made available at Nest's website at https://nest.com/. The video speaks for itself. Nest disputes Plaintiff's characterizations of the video, and that the video provides a basis for any actionable claim against Nest. Nest denies the remaining allegations in Paragraph 29 of the Consolidated Complaint.

30. Nest admits that the language quoted in Paragraph 30 has appeared on its website available at https://nest.com/. The quoted language speaks for itself. Nest disputes Plaintiff's characterizations of the quoted language, and that any of the quoted language provides a basis for any actionable claim against Nest. Nest denies the remaining allegations in Paragraph 30 of the Consolidated Complaint.

31. Nest admits that the language quoted in Paragraph 31 has appeared on its website available at https://nest.com/. The quoted language speaks for itself. Nest disputes Plaintiff's characterizations of the quoted language, and that any of the quoted language provides a basis for any actionable claim against Nest. Nest denies the remaining allegations in Paragraph 31 of the Consolidated Complaint.

32. Nest admits that "Half of your home's energy bill" and various pictures have appeared on its website available at https://nest.com/. The quoted language and the website speak for themselves. Nest disputes Plaintiff's characterizations of the quoted language and the website, and that any of the quoted language or website provides a basis for any actionable claim against Nest. Nest denies the remaining allegations in Paragraph 32 of the Consolidated Complaint.

33. Nest admits that the phrase "A correctly programmed thermostat can save about 20% on your heating and cooling bill" has appeared on its website available at https://nest.com/. The quoted language and the website speak for themselves. Nest disputes Plaintiff's

1  characterizations of the quoted language and the website, and that any of the quoted language or
2  website provides a basis for any actionable claim against Nest. Nest denies the remaining
3  allegations in Paragraph 33 of the Consolidated Complaint.

4        34.    Nest admits that the language quoted in Paragraph 34 has appeared on its website
5  available at https://nest.com/. The quoted language speaks for itself. Nest disputes Plaintiff's
6  characterizations of the quoted language and the website, and that any of the quoted language or
7  website provides a basis for any actionable claim against Nest. Nest denies the remaining
8  allegations in Paragraph 34 of the Consolidated Complaint.

9        35.    Nest admits that the language quoted in Paragraph 35 has appeared on its website
10 available at https://nest.com/. The quoted language speaks for itself. Nest disputes Plaintiff's
11 characterizations of the quoted language and the website, and that any of the quoted language or
12 website provides a basis for any actionable claim against Nest. Nest denies the remaining
13 allegations in Paragraph 35 of the Consolidated Complaint.

14       36.    Nest admits that the language quoted in Paragraph 36 has appeared on its website
15 available at https://nest.com/. The quoted language speaks for itself. Nest disputes Plaintiff's
16 characterizations of the quoted language and the website, and that any of the quoted language or
17 website provides a basis for any actionable claim against Nest. Nest denies the remaining
18 allegations in Paragraph 36 of the Consolidated Complaint.

19       37.    Nest admits that the language quoted in Paragraph 37 has appeared on its website
20 available at https://nest.com/, except that the phrase "They like to go out to play golf twice a
21 week" has not appeared as quoted. The quoted language speaks for itself. Nest disputes
22 Plaintiff's characterizations of the quoted language and the website, and that any of the quoted
23 language or website provides a basis for any actionable claim against Nest. Nest denies the
24 remaining allegations in Paragraph 37 of the Consolidated Complaint.

25       38.    Nest denies that allegations of Paragraph 38 of the Consolidated Complaint.
26       39.    Nest admits that users can access a document entitled "Nest Learning Thermostat
27 Efficiency Simulation: Update Using Data from First Three Months" on Nest's website at
28 https://nest.com/. The document speaks for itself. Nest disputes Plaintiff's characterizations of

1  the document, and that the document provides a basis for any actionable claim against Nest.  Nest
2  denies the remaining allegations in Paragraph 39 of the Consolidated Complaint.

3      40.    Nest admits that a YouTube video has been made available at Nest's website at
4  https://nest.com/.  The video speaks for itself.  Nest disputes Plaintiff's characterizations of the
5  video, and that the video provides a basis for any actionable claim against Nest.  Nest denies the
6  remaining allegations in Paragraph 40 of the Consolidated Complaint.

7      41.    Nest admits that a YouTube video has been made available at Nest's website at
8  https://nest.com/.  The video speaks for itself.  Nest disputes Plaintiff's characterizations of the
9  video, and that the video provides a basis for any actionable claim against Nest.  Nest denies the
10 remaining allegations in Paragraph 41 of the Consolidated Complaint.

11     42.    Nest admits that a YouTube video has been made available at Nest's website at
12 https://nest.com/.  The video speaks for itself.  Nest disputes Plaintiff's characterizations of the
13 video, and that the video provides a basis for any actionable claim against Nest.  Nest denies the
14 remaining allegations in Paragraph 42 of the Consolidated Complaint.

15     43.    Nest admits that a YouTube video has been made available at Nest's website at
16 https://nest.com/.  The video speaks for itself.  Nest disputes Plaintiff's characterizations of the
17 video, and that the video provides a basis for any actionable claim against Nest.  Nest denies the
18 remaining allegations in Paragraph 43 of the Consolidated Complaint.

19     44.    Nest admits that the following has appeared on its website available at
20 https://nest.com/:  "The Nest Learning Thermostat can automatically lower air-conditioning costs
21 up to 30%."  Nest further admits that the following has appeared on the packaging for some of its
22 thermostat products:  "Most thermostats waste 20% of your heating and cooling bill.  Nest stops
23 the waste."  The language speaks for itself.  Nest disputes Plaintiff's characterizations of the
24 quoted language and that any of the quoted language or website provides a basis for any
25 actionable claim against Nest.  Nest denies the remaining allegations in Paragraph 44 of the
26 Consolidated Complaint.

27     45.    Nest admits that the language quoted in Paragraph 45 has appeared in the
28 packaging for some of its thermostat products.  The quoted language speaks for itself.  Nest

-7-

1   disputes Plaintiff's characterizations of the quoted language, and that any of the quoted language
2   provides a basis for any actionable claim against Nest.  Nest denies the remaining allegations in
3   Paragraph 45 of the Consolidated Complaint.

4       46.    Nest denies the allegations of Paragraph 46 of the Consolidated Complaint.

5       47.    Nest admits that the language quoted in Paragraph 47 has appeared on its website
6   available at https://nest.com/.  The quoted language speaks for itself.  Nest disputes Plaintiff's
7   characterizations of the quoted language, and that any of the quoted language provides a basis for
8   any actionable claim against Nest.  Nest denies the remaining allegations in Paragraph 47 of the
9   Consolidated Complaint.

10      48.    Nest denies the allegations in Paragraph 48 of the Consolidated Complaint.

11      49.    Nest does not have knowledge or information sufficient to form a belief as to the
12  truth of the allegations in Paragraph 49 of the Consolidated Complaint and, therefore, denies the
13  same.

14      50.    Nest admits that the language quoted in Paragraph 50 has appeared on its website
15  available at https://nest.com/.  The quoted language speaks for itself.  Nest disputes Plaintiff's
16  characterizations of the quoted language, and that any of the quoted language provides a basis for
17  any actionable claim against Nest.  Nest denies the remaining allegations in Paragraph 50 of the
18  Consolidated Complaint.

19      51.    Nest denies the allegations in Paragraph 51 of the Consolidated Complaint.

20      52.    Nest does not have knowledge or information sufficient to form a belief as to the
21  truth of the allegations in Paragraph 52 of the Consolidated Complaint and, therefore, denies the
22  same.

23      53.    Nest denies the allegations in the first sentence of paragraph 53 of the
24  Consolidated Complaint.  Nest admits that some of the language quoted in the Consolidated
25  Complaint appears on the Nest website, but denies the remaining allegations in the second
26  sentence of Paragraph 53 of the Consolidated Complaint.  Nest does not have knowledge or
27  information sufficient to form a belief as to the truth of the allegations of the third sentence and
28  subparts "a.", "b.", and "c." of Paragraph 53 of the Consolidated Complaint and , therefore,

denies the same. Nest denies the remaining allegations in Paragraph 53 of the Consolidated Complaint.

54. Nest admits that it has, from time to time, responded to user comments posted on Amazon.com and in the online discussion space called "Nest Community", located at https://community.nest.com/. Nest denies the remaining allegations in Paragraph 54 of the Consolidated Complaint.

55. Nest admits that a page titled "Why does the temperature the Nest Learning Thermostat detects seem different than my old thermostat?" is located at http://support.nest.com/article/Why-does-the-temperature-Nest-detects-seem-different-than-my-%20old-thermostat. Nest denies the remaining allegations in Paragraph 55 of the Consolidated Complaint.

56. Nest admits that the language quoted in Paragraph 56 beginning with the phrase "After replacing your old thermostat" and ending with the phrase "should adjust its detected temperature" has appeared on its website available at https://nest.com/. Nest does not have knowledge or information sufficient to form a belief as to the truth of the allegations in the second, non-quoted sentence, as well as subparts "a." and "b." in Paragraph 56 of the Consolidated Complaint and, therefore, denies the same. Nest denies the remaining allegations in Paragraph 56 of the Consolidated Complaint.

57. The allegations in Paragraph 57 of the Consolidated Complaint are legal conclusions to which no response is required. To the extent the remaining allegations in Paragraph 57 of the Consolidated Complaint require a response, Nest denies them.

58. Nest is informed and believes and on that basis admits that the National Advertising Division ("NAD") issued a Press Release on June 20, 2013, available at http://www.asrcreviews.org/2013/06/nad-recommends-nest-labs-modify-discontinue-certain-advertising-claims-for-nest-programmable-thermostats-claims-challenged-by-honeywell/. That press release speaks for itself. Nest disputes Plaintiff's characterizations of the press release, and that the press release provides a basis for any actionable claim against Nest. Nest denies the remaining allegations in Paragraph 58 of the Consolidated Complaint.

-9-
ANSWER TO CORRECTED CONSOLIDATED CLASS ACTION COMPLAINT
Case No. 14-cv-01363-BLF

59. Nest does not have knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 59 of the Consolidated Complaint and, therefore, denies the same.

60. The allegations in Paragraph 60 of the Consolidated Complaint are legal conclusions to which no response is required. To the extent the remaining allegations in Paragraph 60 of the Consolidated Complaint require a response, Nest denies them.

61. Nest admits that it sells thermostat products and that its thermostat products are available nationwide and online. Nest does not have knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 61 of the Consolidated Complaint and, therefore, denies the same. Further, the remaining allegations in Paragraph 61 contain legal conclusions to which no response is required. To the extent the remaining allegations in Paragraph 61 require a response, Nest denies them.

62. The allegations in Paragraph 62 of the Consolidated Complaint are legal conclusions to which no response is required. To the extent the remaining allegations in Paragraph 62 of the Consolidated Complaint require a response, Nest denies them.

63. The allegations in Paragraph 63 of the Consolidated Complaint are legal conclusions to which no response is required. To the extent the remaining allegations in Paragraph 63 of the Consolidated Complaint require a response, Nest denies them.

64. The allegations in Paragraph 64 of the Consolidated Complaint are legal conclusions to which no response is required. To the extent the remaining allegations in Paragraph 64 of the Consolidated Complaint require a response, Nest denies them.

65. The allegations in Paragraph 65 of the Consolidated Complaint are legal conclusions to which no response is required. To the extent the remaining allegations in Paragraph 65 of the Consolidated Complaint require a response, Nest denies them.

66. The allegations in Paragraph 66 of the Consolidated Complaint are legal conclusions to which no response is required. To the extent the remaining allegations in Paragraph 66 of the Consolidated Complaint require a response, Nest denies them.

67. The allegations in Paragraph 67 of the Consolidated Complaint are legal conclusions to which no response is required. To the extent the remaining allegations in Paragraph 67 of the Consolidated Complaint require a response, Nest denies them.

68. Nest realleges and incorporates by reference all of the proceeding paragraphs.

69. Nest does not have knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 69 of the Consolidated Complaint and, therefore, denies the same.

70. Nest lacks information or belief sufficient to answer the allegations in the first and third sentences of Paragraph 70 of the Consolidated Complaint and on that basis denies them. The remaining allegations in Paragraph 70 of the Consolidated Complaint state legal conclusions to which no response is required. To the extent a response is required, Nest denies the remaining allegations in Paragraph 70.

71. The allegations in Paragraph 71 of the Consolidated Complaint state legal conclusions to which no response is required. To the extent a response is required, Nest denies the allegations in Paragraph 71.

72. The allegations in Paragraph 72 of the Consolidated Complaint state legal conclusions to which no response is required. To the extent a response is required, Nest denies the allegations in Paragraph 72.

73. The allegations in Paragraph 73 of the Consolidated Complaint state legal conclusions to which no response is required. To the extent a response is required, Nest denies the allegations in Paragraph 73 of the Complaint.

74. The allegations in Paragraph 74 of the Consolidated Complaint state legal conclusions to which no response is required. To the extent a response is required, Nest denies the allegations in Paragraph 74.

75. The allegations in Paragraph 75 of the Consolidated Complaint state legal conclusions to which no response is required. To the extent a response is required, Nest denies the allegations in Paragraph 75 of the Complaint.

PERKINS COIE LLP
ATTORNEYS AT LAW

ANSWER TO CORRECTED CONSOLIDATED CLASS ACTION COMPLAINT
Case No. 14-cv-01363-BLF

76. The allegations in Paragraph 76 of the Consolidated Complaint state legal conclusions to which no response is required.  To the extent a response is required, Nest denies the allegations in Paragraph 76 of the Complaint.

77. Nest received a copy of the letters attached to the Consolidated Complaint as Exhibits A and B.  Nest does not have knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 77 of the Consolidated Complaint and, therefore, denies the same.

78. Nest does not have knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 78 of the Consolidated Complaint and, therefore, denies the same.

79. Nest realleges and incorporates by reference all of the proceeding paragraphs.

80. Nest does not have knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 80 of the Consolidated Complaint and, therefore, denies the same.

81. The allegations in Paragraph 81 of the Consolidated Complaint state legal conclusions to which no response is required.  To the extent a response is required, Nest denies the allegations in Paragraph 81.

82. Nest denies the allegations in Paragraph 82 of the Consolidated Complaint.

83. Nest denies the allegations in Paragraph 83 of the Consolidated Complaint.

84. Nest denies the allegations in Paragraph 84 of the Consolidated Complaint.

85. Nest does not have knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 85 of the Consolidated Complaint and, therefore, denies the same.  Further, the allegations in Paragraph 85 of the Consolidated Complaint state legal conclusions to which no response is required.  To the extent a response is required, Nest denies the allegations in Paragraph 85.

86. Nest does not have knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 86 of the Consolidated Complaint and, therefore, denies the same.

87. The allegations in Paragraph 87 of the Consolidated Complaint state legal conclusions to which no response is required. To the extent a response is required, Nest denies the allegations in Paragraph 87.

88. Nest denies the allegations in Paragraph 88 of the Consolidated Complaint.

89. The allegations in Paragraph 89 of the Consolidated Complaint state legal conclusions to which no response is required. To the extent a response is required, Nest denies the allegations in Paragraph 89 and specifically denies that Plaintiffs are entitled to any relief whatsoever.

90. Nest realleges and incorporates by reference all of the proceeding paragraphs.

91. Nest does not have knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 91 of the Consolidated Complaint and, therefore, denies the same.

92. The allegations in Paragraph 92 of the Consolidated Complaint state legal conclusions to which no response is required. To the extent a response is required, Nest denies the allegations in Paragraph 92.

93. Nest denies the allegations in Paragraph 93 of the Consolidated Complaint.

94. Nest denies the allegations in Paragraph 94 of the Consolidated Complaint.

95. Nest denies the allegations in Paragraph 95 of the Consolidated Complaint.

96. Nest denies the allegations in Paragraph 96 of the Consolidated Complaint.

97. The allegations in Paragraph 97 of the Consolidated Complaint state legal conclusions to which no response is required. To the extent a response is required, Nest denies the allegations in Paragraph 97.

98. Nest denies the allegations stated in the first sentence of Paragraph 98 of the Consolidated Complaint. The remaining allegations in Paragraph 98 of the Consolidated Complaint state legal conclusions to which no response is required. To the extent a response is required, Nest denies the allegations in Paragraph 98 and specifically denies that Plaintiffs are entitled to any relief whatsoever.

99. Nest realleges and incorporates by reference all of the proceeding paragraphs.

-13-

100. Nest does not have knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 100 of the Consolidated Complaint and, therefore, denies the same.

101. The allegations in Paragraph 101 of the Consolidated Complaint state legal conclusions to which no response is required. To the extent a response is required, Nest denies the allegations in Paragraph 101.

102. The allegations in Paragraph 102 of the Consolidated Complaint state legal conclusions to which no response is required. To the extent a response is required, Nest denies the allegations in Paragraph 102.

103. Nest does not have knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 103 of the Consolidated Complaint and, therefore, denies the same.

104. Nest denies the allegations in Paragraph 104 of the Consolidated Complaint.

105. The allegations in Paragraph 105 of the Consolidated Complaint state legal conclusions to which no response is required. To the extent a response is required, Nest denies the allegations in Paragraph 105.

106. Nest realleges and incorporates by reference all of the proceeding paragraphs.

107. Nest does not have knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 107 of the Consolidated Complaint and, therefore, denies the same.

108. The allegations in the first, second, and third sentences of Paragraph 108 of the Consolidated Complaint state legal conclusions to which no response is required. To the extent a response to those allegations in Paragraph 108 is required, Nest denies those allegations. Nest denies the remaining allegations in Paragraph 108.

109. Nest does not have knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 109 of the Consolidated Complaint and, therefore, denies the same.

PERKINS COIE LLP
ATTORNEYS AT LAW

ANSWER TO CORRECTED CONSOLIDATED CLASS ACTION COMPLAINT
Case No. 14-cv-01363-BLF

110. Nest does not have knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 110 of the Consolidated Complaint and, therefore, denies the same.

111. Nest denies the allegations in Paragraph 111 of the Consolidated Complaint.

112. Nest denies the allegations in Paragraph 112 of the Consolidated Complaint.

113. Nest denies the allegations in Paragraph 113 of the Consolidated Complaint.

114. The allegations in Paragraph 114 of the Consolidated Complaint state legal conclusions to which no response is required. To the extent a response is required, Nest denies the allegations in Paragraph 114.

115. Nest realleges and incorporates by reference all of the proceeding paragraphs.

116. Nest does not have knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 116 of the Consolidated Complaint and, therefore, denies the same.

117. Nest denies the allegations in Paragraph 117 of the Consolidated Complaint.

118. Nest does not have knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 118 of the Consolidated Complaint and, therefore, denies the same.

119. Nest denies the allegations in Paragraph 119 of the Consolidated Complaint.

120. Nest does not have knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 120 of the Consolidated Complaint and, therefore, denies the same.

121. Nest denies the allegations in Paragraph 121 of the Consolidated Complaint.

122. Nest does not have knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 122 of the Consolidated Complaint and, therefore, denies the same.

123. The allegations in Paragraph 123 of the Consolidated Complaint state legal conclusions to which no response is required. To the extent a response is required, Nest denies the allegations in Paragraph 123.

124. Nest realleges and incorporates by reference all of the proceeding paragraphs.

125. Nest does not have knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 125 of the Consolidated Complaint and, therefore, denies the same.

126. Nest denies the allegations in Paragraph 126 of the Consolidated Complaint.

127. Nest denies the allegations in Paragraph 127 of the Consolidated Complaint.

128. Nest denies the allegations in Paragraph 128 of the Consolidated Complaint.

129. Nest does not have knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 129 of the Consolidated Complaint and, therefore, denies the same.

130. Nest does not have knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 130 of the Consolidated Complaint and, therefore, denies the same.

131. Nest does not have knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 131 of the Consolidated Complaint and, therefore, denies the same.

**AFFIRMATIVE DEFENSES**

**FIRST AFFIRMATIVE DEFENSE**
(Failure to State a Cause of Action)

The Complaint fails to allege facts sufficient to state a cause of action against Nest.

**SECOND AFFIRMATIVE DEFENSE**
(Due Process)

The claims are barred in whole or in part by the Due Process provisions of the United States Constitution and the Constitution of the State of California.

**THIRD AFFIRMATIVE DEFENSE**
(Lack of Standing)

Plaintiff lacks standing to bring some or all of the claims asserted in the Complaint.

### FOURTH AFFIRMATIVE DEFENSE
(Waiver, Unjust Enrichment, Estoppel)

The claims are barred in whole or in part by the doctrines of waiver, unjust enrichment, and/or estoppel.

### FIFTH AFFIRMATIVE DEFENSE
(No Injury)

The claims are barred in whole or in part because neither Plaintiff nor any of the individuals he purports to represent suffered any cognizable injury as a result of the actions alleged in the Complaint.

### SIXTH AFFIRMATIVE DEFENSE
(Failure to Mitigate)

The claims are barred in whole or in part because Plaintiff and the individuals he purports to represent failed to mitigate any damages they claim they have suffered.

### SEVENTH AFFIRMATIVE DEFENSE
(No Injunctive Relief)

The claims for injunctive relief are barred, in whole or in part, because no threat of immediate and/or irreparable harm exists to support a grant of any type of injunctive relief, and because Plaintiff has an adequate remedy at law.

### EIGHTH AFFIRMATIVE DEFENSE
(Other Parties)

The claims are barred, in whole or in part, to the extent that any conduct alleged in the Complaint was due to the acts or omissions of persons or parties other than Nest.

### NINTH AFFIRMATIVE DEFENSE
(No Proximate Cause)

The claims are barred, in whole or in part, because Nest's alleged conduct was not the cause in fact or the proximate cause of any of the losses or injuries alleged by Plaintiff.

### TENTH AFFIRMATIVE DEFENSE
(No Jurisdiction)

The claims are barred, in whole or in part, because the Court lacks jurisdiction over the Plaintiff's claims.

### ELEVENTH AFFIRMATIVE DEFENSE
(Lack of Privity)

The claims are barred, in whole or in part, because Plaintiff and some or all of the individuals he seeks to represent were not in privity of contract with Nest.

### TWELFTH AFFIRMATIVE DEFENSE
(Unintentional Acts/Bona Fide Error)

Plaintiff's claim for relief under the Consumer Legal Remedies Act is barred in whole in part by the good faith and unintentional error defense provided for in California Civil Code § 1784.

### **RESERVATION OF AFFIRMATIVE DEFENSES**

Nest currently has insufficient knowledge or information upon which to form a belief whether it may have additional, unstated affirmative defenses. Nest hereby reserves the right to plead any additional and further affirmative defenses.

WHEREFORE, Nest prays that the Court determine and adjudge as follows:

1. That this action cannot be maintained as a class action;
2. That the Complaint be dismissed, with prejudice and in its entirety;
3. That Plaintiff takes nothing by the Complaint, and that judgment be entered against Plaintiff and in favor of Nest.
4. That Nest be awarded its costs of suit and reasonable attorneys' fees; and
5. That the Court award Nest such other and further relief as the Court deems just and proper.

| | | |
|---|---|---|
| 1 | July 24, 2014 | **PERKINS COIE LLP** |
| 2 | | |
| 3 | | By: _/s/ J. Patrick Corrigan_<br>J. PATRICK CORRIGAN |
| 4 | | Attorneys for Defendant<br>NEST LABS, INC. |