UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUSTIN DARISSE, et al., <br>     Plaintiffs, <br> v. <br> NEST LABS, INC., <br>     Defendant. | Case No.  14-cv-01363-BLF <br> **CASE MANAGEMENT ORDER** |

On October 16, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Case Management Statement due | 03/06/2015 |
| Class Certification Hearing | 12/03/2015 at 9:00 am |
| Class Certification Motions due | 07/21/2015 |
| Opposition to Class Certification Motions | 09/25/2015 |
| Reply in Support of Class Certification | 11/06/2015 |
| Fact Discovery Cut-Off | 01/29/2016 |
| Expert Disclosures | 02/22/2016 |
| Expert Discovery Cut-Off | 05/02/2016 |

1  IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.
3  IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.

Dated: October 16, 2014

BETH LABSON FREEMAN
United States District Judge