**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
Yeremey Krivoshey (State Bar No. 295032)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: scott@bursor.com
          ltfisher@bursor.com
          apersinger@bursor.com
          ykrivoshey@bursor.com

**CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP**
Bryan L. Clobes (*pro hac vice*)
1101 Market St., Suite 2650
Philadelphia, Pennsylvania 19107
Telephone: (215) 864-2800
Email: bclobes@caffertyclobes.com

*Attorneys for Plaintiff*
[additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| IN RE NEST LABS LITIGATION | Case No. 3:14-cv-01363-BLF |
|---|---|
| | **[PROPOSED] MODIFIED ORDER GRANTING MOTION TO EXTEND BRIEFING SCHEDULE PURSUANT TO CIVIL L.R. 6-3** |
| | Honorable Beth Labson Freeman |

1    UPON CONSIDERATION of Plaintiff's Motion to Extend Briefing Schedule Pursuant to
2    Civil L.R. 6-3 and 7-11 ("Motion"), and good cause appearing,
3    IT IS ORDERED that the Motion is hereby GRANTED.  IT IS ORDERED that (1) the
4    deadline for Plaintiff's motion for class certification is extended from July 21, 2015 to October 21,
5    2015; (2) the deadline for Defendant's response to Plaintiff's class certification motion is extended
6    from September, 25, 2015 to December ~~18~~ 28, 2015; (3) the deadline for Plaintiff's reply in
7    support of his motion for class certification is extended from November 6, 2015, to ~~January 29~~
8    February 8, 2016; (4) the class certification hearing is reschedule from December 3, 2015 at 9:00
9    am, to ~~February 25~~ March 3, 2016 at 9:00 am.  IT IS SO ORDERED.

Dated: June 11, 2015

_____
Honorable Beth Labson Freeman
United States District Court Judge

~~[PROPOSED]~~ MODIFIED ORDER GRANTING MOTION TO EXTEND BRIEFING SCHEDULE
1
CASE NO. 14-cv-01363-BLF