**PERKINS COIE LLP**
BOBBIE J. WILSON (No. 148317)
bwilson@perkinscoie.com
JOSHUA REITEN (No. 238985)
jreiten@perkinscoie.com
SUNITA BALI (No. 274108)
sbali@perkinscoie.com
ANAHIT SAMARJIAN (No. 279417)
asmarjian@perkinscoie.com
505 Howard Street, Suite 1000
San Francisco, CA  94105
Telephone:  415.344.7000
Facsimile:  415.344.7050

Attorneys for Defendant
NEST LABS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE NEST LABS LITIGATION | Case No. 5:14-cv-01363-BLF |
|---|---|
| | **DECLARATION OF BOBBIE WILSON IN SUPPORT OF DEFENDANT NEST LABS, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |
| | Date:     July 28, 2016<br>Time:     9:00 a.m.<br>Place:    Courtroom 3, 5th Floor<br>Judge:   Hon. Beth Labson Freeman |

**REDACTED VERSION OF ENCLOSED EXHIBITS 205 & 206 SOUGHT TO BE SEALED**

**DECLARATION OF BOBBIE WILSON**

I, Bobbie Wilson, declare as follows:

1. I am a partner at the law firm Perkins Coie LLP, which is counsel in this action for Defendant Nest Labs, Inc. ("Nest"). I make this declaration based upon personal knowledge of the following facts and, if called as a witness, could and would testify competently thereto.

2. Attached as Exhibit 201 is a chart prepared to assist the Court (*e.g.*, *Gianino v. Alacer Corp.*, 846 F. Supp. 2d 1096, 1100 (C.D. Cal. 2012) (considering defendant's exhibits detailing variations in state law)), that identifies several of the material differences in the treatment of consumer protection statutes by the governing law of many states whose laws are implicated by Plaintiff's Motion for Class Certification ("Motion").

3. Attached as Exhibit 202 is a chart, prepared to assist the Court, that identifies several of the material differences in the treatment of express warranty laws by the governing law of many states whose laws are implicated by the Motion.

4. Attached as Exhibit 203 is a chart, prepared to assist the Court, that identifies several of the material differences in the treatment of implied warranty laws by the governing law of many states whose laws are implicated by the Motion.

5. Attached as Exhibit 204 is a chart, prepared to assist the Court, that identifies several of the material differences in the treatment of common law fraud by the governing law of many states whose laws are implicated by the Motion

6. Attached as Exhibit 205 is a true and correct copy of energy bills provided by Plaintiff Justin Darisse, produced in this action under Bates numbers DARISSE000125-DARISSE000175.

7. Attached as Exhibit 206 is a true and correct copy of a monthly summary report that Nest has stored regarding the NLT with Darisse's unique serial number, produced in this action under Bates numbers NEST-00122733- NEST-00122735.

8. Attached as Exhibit 207 is a true and correct copy of the U.S. E.P.A.'s Energy Star, "Summary of Research Findings From the Programmable Thermostat Market", available at:

-1-
DECLARATION OF BOBBIE WILSON IN OPPOSITION TO MOTION FOR CLASS CERTIFICATION
Case No. 5:14-cv-01363-BLF

1  https://www.energystar.gov/ia/partners/prod_development/revisions/downloads/thermostats/Sum
2  mary.pdf (last accessed Apr. 12, 2016).

3      9.     Attached as Exhibit 208 is a true and correct copy of the U.S. E.P.A.'s Energy
4  Star, "The Power to Protect the Environment Through Energy Efficiency," available at
5  https://www.energystar.gov/ia/partners/downloads/energy_star_report_aug_2003.pdf (last
6  accessed Apr. 15, 2016).

7      10.     Attached as Exhibit 209 is a true and correct copy of the May 22, 2009 Letter from
8  Energy Star Program Manager, U.S. EPA to Programmable Thermostat Manufacturer or Other
9  Interested Stakeholder, available at:
10 https://www.energystar.gov/ia/partners/prod_development/revisions/downloads/thermostats/Spec
11 _Suspension_Memo_KeyDates.pdf (last accessed Apr. 12, 2016).

12     11.     Attached as Exhibit 210 is a true and correct copy of the U.S. E.P.A.'s Energy Star
13 "Programmable Thermostat Program Proposal" presentation of David Shiller, Energy Star
14 Marketing Manager, U.S. E.P.A., available at:
15 https://www.energystar.gov/ia/partners/prod_development/revisions/downloads/thermostats/Prop
16 osal_011106.pdf (last accessed Apr. 12, 2016).

17     12.     Attached as Exhibit 211 is a true and correct copy of U.S. E.P.A.'s Energy Star
18 website printout titled "Heat & Cool Efficiently", available at:
19 http://www.energystar.gov/index.cfm?c=heat_cool.pr_hvac (last accessed Apr. 12, 2016).

20     13.     Attached as Exhibit 212 is a true and correct copy of the U.S. Department of
21 Energy website printout titled "Thermostats", available at:
22 http://energy.gov/energysaver/articles/thermostats (last accessed Apr. 12, 2016).

23     14.     Attached as Exhibit 213 is a true and correct copy of the Ecobee.com website
24 printout titled "Savings from your ecobee", available at https://www.ecobee.com/savings/ (last
25 accessed Apr. 12, 2016).

26     15.     Attached as Exhibit 214 is a true and correct copy of the Carrier Corp. Product
27 Data sheet for the "TP-WEM01 Performance Series AC/HP Wi-Fi Thermostat Carrier Côr
28

Thermostat", available at http://dms.hvacpartners.com/docs/1009/public/02/tp-wem-01pd.pdf (last accessed Apr. 12, 2016).

16. Attached as Exhibit 215 are true and correct printouts of publicly-available NLT customer reviews, available at Amazon.com and HomeDepot.com.

17. Attached as Exhibit 216 is a true and correct copy of a customer email sent to Nest and produced in this action under Bates numbers NEST-00122692.

18. Attached as Exhibit 217 is a true and correct copy of excerpts from the deposition of Plaintiff Justin Darisse, taken on February 19, 2016.

19. Attached as Exhibit 218 is a true and correct copy of excerpts and exhibit from the deposition of Lara Fisher, taken on February 20, 2016.

20. Attached as Exhibit 219 is a true and correct copy of excerpts from the deposition of Joshua Beloff, taken on April 1, 2016.

21. Attached as Exhibit 220 is a true and correct copy of excerpts from the deposition of Dr. Elizabeth Howlett, taken on March 11, 2016.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on April 15, 2016, in San Francisco, California.

*/s/ Bobbie Wilson*
BOBBIE WILSON