United States District Court
Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

JUSTIN DARISSE,

          Plaintiff,

     v.

NEST LABS, INC.,

          Defendant.

Case No.  14-cv-01363-BLF

**ORDER SETTING DATES RE EXPERT DISCOVERY**

On September 7, 2016, the parties filed a Further Joint Case Management Statement proposing deadlines for expert disclosures and expert discovery cut-off.  ECF 143.  After reviewing each party's proposal and the other dates and deadlines in this action, the Court ORDERS that the following schedule shall apply:

| Event | Date or Deadline |
| --- | --- |
| Expert Disclosure Deadline | September 28, 2016 |
| Rebuttal Expert Disclosure Deadline | November 2, 2016 |
| Expert Discovery Cut-Off | November 28, 2016 |

The Court reminds the parties that December 8, 2016 is the last day for the Court to hear dispositive motions.

     **IT IS SO ORDERED.**

Dated: September 8, 2016

_____

BETH LABSON FREEMAN
United States District Judge